# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLEMENT NJI ACHOA, et al.,** | : | CIVIL ACTION |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | NO. 17-2715 |
| | : | |
| **BB&T BANK,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 26th day of March, 2018, upon consideration of the defendant's motion to dismiss the amended complaint (Document #11), and the plaintiffs' response in opposition thereto (Document #12), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.